IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HART, *et al*,. individually and on behalf of classes of similar employees, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-CV-599-W-DGK |
| ITC SERVICE GROUP, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL JOINT MOTION FOR ORDER CONFIRMING ARBITRATOR'S ORDER APPROVING OF SETTLEMENT OF FLSA CLAIMS, ATTORNEY'S FEES, AND INCENTIVE FEES

COME NOW, Plaintiffs Jesse Allen and Cody Hickcox, as Representatives in the above-captioned collective action and on behalf of themselves and all others similarly situated, and Defendants ITC Service Group, Inc., Tim Sauer, Scott Mitchell, Bob Gonzalez, Patti Sanderson, and Google Inc. and jointly pray for leave of the Court to file under seal their Joint Motion For Order Confirming Arbitrator's Order Approving Of Settlement Of FLSA Claims, Attorney's Fees, And Incentive Fees. Simultaneous with this motion, the Parties are filing Suggestions in Support.

WHEREFORE the Parties jointly request the Court grant them leave to file under seal their Joint Motion For Order Confirming Arbitrator's Order Approving Of Settlement Of FLSA Claims, Attorney's Fees, And Incentive Fees and grant all other relief as it deems just and proper.

Respectfully submitted,

| | |
|---|---|
| **MCCAULEY & ROACH, LLC** | **JACKSON LEWIS, P.C.** |
| By: /s/ Morgan L. Roach | By: /s/ Kyle B. Russell |
| Morgan L. Roach, #59116 | Kyle B. Russell, # 52660 |
| Michael T. Miller, #62007 | Brian J. Christensen, # 53497 |
| Nicholas S. Ruble, # 64127 | Lindsey L. Poling, # 60798 |
| 527 W. 39th Street, Suite 200 | 7101 College Blvd., Suite 1150 |
| Kansas City, Missouri 64111 | Overland Park, KS 66210 |
| Phone: (816) 523-1700 | Phone: (913) 981-1018 |
| Fax: (816) 523-1708 | Fax: (913) 981-1019 |
| morgan@mccauleyroach.com | Kyle.Russell@jacksonlewis.com |
| mike@mccauleyroach.com | Brian.Christensen@jacksonlewis.com |
| nicholas@mccauleyroach.com | Lindsey.Poling@jacksonlewis.com |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants ITC Service Group, Inc. Scott Mitchell, Bob Gonzalez, and Patti Sanderson** |

**LITTLER MENDELSON, P.C.**

By: /s/ Daniel B. Boatright
Daniel B. Boatright, #38803
S. Jane Preuss, #50952
Jason N.W. Plowman, #67495
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
dboatright@littler.com
jpreuss@littler.com
jplowman@littler.com
**Attorneys for Defendant Google Fiber, Inc.**