# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL HART, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:15-CV-00599-DGK |
| ITC SERVICE GROUP, INC., et al., | ) |
| Defendants. | ) |

## ORDER FOR STATUS REPORT

In this putative collective action brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, Plaintiffs are seeking to recover allegedly unpaid wages from Defendants, their employers. On June 2, 2016, after finding the parties had entered into an arbitration agreement, the Court ordered the parties to litigate their claims in arbitration.

On August 30, 2017, the Court granted Plaintiffs Allen and Hickcox's motion to confirm the arbitrator's award as to their claims (Doc. 78). On October 3, 2017, the Court granted Plaintiff Hart's motion to confirm the arbitrator's award on his FLSA claim (Doc. 80). The only claim that remains is Hart's retaliation claim.

Therefore, it is ORDERED that the parties file a status report regarding Hart's retaliation claim on or before February 5, 2018.

**IT IS SO ORDERED.**

Dated: January 4, 2018                             /s/ Greg Kays
                                                    GREG KAYS, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT